**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MANZANAREZ BUSTAMANTE, | ) NO. 5:26-cv-02734-KS |
| | ) |
| Petitioner, | ) JUDGMENT |
| | ) |
| v. | ) |
| | ) |
| | ) |
| WARDEN, *Adelanto ICE Processing Center, in official capacity*, **et al.,** | ) |
| | ) |
| Respondents. | ) |
| _____ | ) |

Pursuant to the Court's Memorandum and Order re: Petition for Writ of Habeas Corpus by a Person in Federal Custody Under 28 U.S.C. § 2241, IT IS ADJUDGED that the pending Petition is DENIED and this action is DISMISSED with prejudice.

DATED: June 30, 2026

_____
KAREN L. STEVENSON
CHIEF UNITED STATES MAGISTRATE JUDGE